UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WHITNEY ATWOOD                                                                                    PLAINTIFF

VS.                                          CASE NO. 12-CV-1074

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                              DEFENDANT

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal. (ECF No. 12). It has been reported to the Court that the within matter has been amicably resolved by the parties. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs. The Court shall retain jurisdiction over the terms of any settlement agreement.

**IT IS SO ORDERED**, this 19th day of December, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge